UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.   M-18-1916 |
| LEONARDO OCHOA, ET AL. | § § § | |

## GOVERNMENT'S MOTION TO RELEASE MATERIAL WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and the undersigned Assistant United States Attorney and moves the Court to release the following Material Witnesses related to the above styled indictment:

Ismael Mancia-Hernandez

Elmer Antonio Moz-Henriquez

their continued presence is no longer requested.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ Robert L. Guerra, Jr.*
Robert L. Guerra, Jr.
Assistant United States Attorney

**CERTIFICATE OF CONFERENCE**

On or before the 12th day of December 2018, all attorneys of record were contacted regarding the above mentioned motion and they had no opposition to said motion.

>/s/ Robert L. Guerra, Jr.
> Robert L. Guerra, Jr.
> Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 12th day of December 2018, a true and correct copy of the foregoing Motion to Release Material Witnesses was hand-delivered or e-mailed via ECF to all attorneys of record.

>/s/ Robert L. Guerra, Jr.
> Robert L. Guerra, Jr.
> Assistant United States Attorney